UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ **3rd** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | |
|---|---|---|
| DEBTOR: **Roberto Baster** | JOINT DEBTOR: | CASE NO.: 16-11911 |
| Last Four Digits of SS# **xxx-xx-8351** | Last Four Digits of SS# | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **20** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **1,322.42** for months **01** to **14** ;
B. $ **350.61** for months **15** to **20** ; in order to pay the following creditors

Administrative: Attorney's Fee - $ **6,600.00**     TOTAL PAID $ **3,500.00**
                Balance Due    $ **3,100.00**     payable $ **86.19** /month (Months **01** to **14** )
                Balance Due    $                  payable $ **315.55** /month (Months **15** to **20** )

**Chapter 13 $3,500.00;MMM $2,100.00; (2) MTM $500.00**

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **U.S. Bank**     Arrearage on Petition Date  $ **0.00**

   Address: **c/o Ronald R Wolfe & Associates, P.L.; PO Box 25018; Tampa, FL 33622-5018**

   Arrears Payment $ **0.00** /month (Months **0** to **0** )

   Account No: **Account No: xxxx xx: xx-xx1359**

   Mortgage Payment $ **1,185.78** /month (Months **01** to **14** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-**     Total Due  $
              Payable    $ _____ /month   (Months _ to _ )   Regular Payment $ _____

Unsecured Creditors:  Pay $ **0.00** /month (Months **0** to **0**).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

The debtor received a modification of his loan with  NationStar/ Us Bank("Lender"), loan number xxxx1356, for real property located at 333 E 63rd St Hialeah, FL 33013.  The lender is being paid directly outside the plan commencing April, 2017

The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Roberto Baster**
**Roberto Baster**
Debtor

Date:   **May 10, 2017**